IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAY ALAN MEEKS,

    Plaintiff,

v.                                           Case No. 5:24-cv-233-AW-MJF

HOLMES CORRECTIONAL
INSTITUTION, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a second report and recommendation that recommends dismissal based on Plaintiff's failure to accurately disclose his litigation history. ECF No. 15. Plaintiff filed objections. ECF No. 22. Having carefully considered the matter de novo, I now overrule the objections, adopt the report and recommendation, and dismiss the case.

The magistrate judge correctly explains that Plaintiff did not disclose his complete litigation history. It is important that plaintiffs do so to allow the court to function properly and efficiently. Plaintiff acknowledges he omitted some of his cases, but he says they were years ago and he forgot. He also contends the magistrate judge misunderstood the procedural history of one of the cases. But at the least, it is clear Plaintiff did not fully comply, and I find his excuses unavailing.

1

Plaintiff argues, in part, that the clerk is to blame because the clerk never sent Plaintiff a copy of his original complaint. But that does not excuse Plaintiff's failure. At the end of the day, I agree with the magistrate judge that dismissal without prejudice is appropriate. I also note that there is no indication this will operate as a dismissal with prejudice because there is no indication that the statute of limitations has run.

I now incorporate the report and recommendation into this order. The clerk will enter a judgment that says, "Plaintiff's case is dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process." All pending motions are DENIED as moot. The clerk will close the file.

SO ORDERED on March 17, 2025.

s/ *Allen Winsor*
United States District Judge
